UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERRELL MILLER,

                         Plaintiff,

    -against-

PAROLE OFFICER P. ALVAREZ,

                         Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5491 (CBA)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

TIME P.M. _____
     A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 29, 2005, dismissing the complaint for failure to state a claim upon which relief may be granted; certifying pursuant to 28 U.S.C. § 1915.(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is dismissed for failure to state a claim upon which relief may be granted; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
        December 28, 2005

                              Robert C. Heinemann
                              Clerk of Court

                   By: _____ /s/
                            Terry Vaughn
                            Chief Deputy for
                            Court Operations